CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail:    kculpepper@culpepperip.com

Attorney for Plaintiff
UN4 Productions, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UN4 Productions, Inc., | **Case No.: 1:17-cv-00282-DKW-RLP** |
| | (Copyright) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Doe 1, Doe 2, Doe 3, Doe 4, Doe 5, Doe 6, Doe 7, Doe 8, Doe 9, Doe 10, Doe 11, Doe 12, Doe 13, Doe 14, Doe 15, Doe 16, Doe 17, Doe 19 and Doe 20, | |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of Document 18 (Order Granting Plaintiff's Motion to Compel Charter Communication) is being served by first class mail, postage prepaid, upon each of the following parties:

20-005A

Doe 15
Bernard Stephens
219 LITTLE DR, Apartment 102,
WAHIAWA, HI 96786-3419

DATED: Kailua-Kona, Hawaii, September 26, 2017.

CULPEPPER IP, PLLC


 /s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
UN4 Productions, Inc.

20-005A